IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>JOSE ULISES-RAMIREZ,<br><br>           Defendant. | No. CR 10-0915 WHA<br><br>~~[PROPOSED]~~ STIPULATED ORDER CONTINUING SENTENCING HEARING<br><br>**Current Hearing Date:** Thursday, September 8, 2011 at 2:00 p.m.<br><br>**Proposed Hearing Date**: Monday, September 12, 2011 at 10:00 a.m. |

      The defendant Jose Ulises-Ramirez was scheduled for sentencing on Tuesday, September 6, 2011 at 2:00 before this Court. On Thursday, September 1, 2011, the Court moved the defendant's sentencing hearing from September 6 to September 8, 2011 at 2:00 p.m. The parties were not informed that the hearing was to be continued, or that it was to be continued to the 8th.

      Undersigned counsel is unavailable on Thursday, September 8, 2001 due to a prescheduled meeting with the Ninth Circuit Court of Appeals in Pasadena on that date. This meeting cannot be rescheduled.

      The defense accordingly requests that the matter be put over for sentencing before this Court on Monday, September 12, 2011 at 10:00 a.m. Government counsel is available on that date, and has no objection to the requested continuance.

*Ulises-Ramirez*, CR 10-0915 WHA
ORD. CONT. SENT.

Therefore, for good cause shown the hearing in the above-entitled case now scheduled for Thursday September 8 is vacated. The matter shall be put over to Monday, September 12, 2011 at 10:00 a.m. for the imposition of sentence.

IT IS SO ORDERED.

September 8, 2011
DATED

WILLIAM H. ALSUP
United States District Court Judge

IT IS SO STIPULATED.

September 6, 2011
DATED

/s
MELINDA HAAG
United States Attorney
Northern District of California
PATRICIA SPALETTA
Assistant United States Attorney

September 6, 2011
DATED

/s
BARRY J. PORTMAN
Federal Public Defender
Northern District of California
STEVEN G. KALAR
Assistant Federal Public Defender